IT IS SO ORDERED.

Dated: 10 November, 2023 11:03 AM



**JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 23-11358 |
| | ) | |
| CARL H. KINZIG | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| Debtor. | ) | JUDGE JESSICA E. PRICE SMITH |

### ORDER ADJOURNING CONFIRMATION HEARING

This matter is before the Court on Debtor's Motion to Adjourn Confirmation Hearing on Debtor's Plan. For good cause shown, Debtor's Motion is granted.

IT IS, THEREFORE, ORDERED THAT the Confirmation Hearing in this matter shall be adjourned from November 9, 2023 at 9:30 a.m. to the docket on January 11, 2024 at 9:30 a.m.

Submitted by:

/s/ Charles J. Van Ness
Charles J. Van Ness (0047365)
Attorney for Debtor
6181 Mayfield Road, Suite 104
Mayfield Heights, OH 44124
Phone: (440) 461-4433
Fax: (440) 461-4434
CJVLAW@prodigy.net

## CERTIFICATE OF SERVICE

Please serve the following parties:

Lauren A. Helbling (via ECF)
Chapter 13 Trustee
ch13trustee@ch13cleve.com

Seth Greenhill (via ECF)
Attorney for MCLP Asset Company, Inc
c/o Selene
Seth.Greenhill@padgettlawgroup.com

MCLP Asset Company, Inc
c/o Selene
ATTN: Officer or Authorized Agent
P.O. Box 71243
Philadelphia, PA 19176-6243

One Main Financial
ATTN: Officer or Authorized Agent
PO Box 64
Evansville, IN 47701

The Illuminating Company
PO Box 3687
Akron, OH 44309

/s/ Charles J. Van Ness
Charles J. Van Ness  (0047365)
Attorney for Debtor

# # #